334

No. 50716.—Protests 5727–K, etc., of Biddle Purchasing Co. et al. (Boston and San Francisco).

Opinion by Cline, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50717.—Protest 74209–K of M. Pressner & Co. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise is similar in all material respects to that the subject of United States v. Butler Bros. (33 C. C. P. A. 22, C. A. D. 310). In accordance therewith the claim at 70 percent under paragraph 212 was sustained.

No. 50718.—Protests 55709–K, etc., of Di Santo & Co. et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and the cited decisions, the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of Scaramelli v. United States (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of Scaramelli v. United States, supra. The protests were sustained to this extent.

No. 50719.—Protests 58163–K, etc., of June Dairy Products Co., Inc., et al. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise is similar in all material respects to that the subject of Kraft Phenix Cheese Corp. v. United States (T. D. 47955). In accordance with stipulation and following the decision cited, it was held that in determining the duty upon certain items of cheese, an allowance for the weight of the paper or foil, or both, should have been made by the collector from the net weight used in computing the duty thereon. The protests were sustained to this extent.